**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0274-REB-BNB

SIMON MAYA,

    Plaintiff,

v.

AMERICAN NATIONAL LIFE INSURANCE COMPANY OF TEXAS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 13, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#20]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#20], filed on December 13, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 19, 2006, is **VACATED**; and

4.  That the jury trial set to commence June 5, 2006, is **VACATED**.

Dated December 13, 2005, at Denver, Colorado.

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          Robert E. Blackburn
                          United States District Judge